ACCEPTED
04-15-00306-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/7/2015 12:06:15 PM
KEITH HOTTLE
CLERK



**TAHERZADEH, PLLC**
ATTORNEYS & COUNSELORS
5001 SPRING VALLEY ROAD.
SUITE 1020 WEST
DALLAS, TX 75244
P: (469) 729-6800  F: (469) 828-2772

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/07/15 12:06:15 PM

KEITH E. HOTTLE
Clerk

**July 7, 2015**

Dear Clerk,

      Please be advised that our office has changed its address and phone number to the following:

5001 Spring Valley Road
Suite 1020 West
Dallas, TX 75244
P: (469) 729-6800

Please feel free to contact us if you have any questions.

Yours truly,

/s/Lauren Langford
Lauren Langford*
Legal Assistant to Selim Taherzadeh
*Not licensed to practice law